**IN THE UNITED STATES BANKRUPTCY COURT**
**District of Puerto Rico**

| | |
|---|---|
| IN RE:<br><br>JOSE ENRIQUE SANTANA RAMOS<br>Debtor(s)<br><br>Jose Enrique Santana Ramos<br>Plaintiff(s)<br><br>v.<br><br>SCOTIABANK DE PUERTO RICO et. al.<br>Defendant(s) | Case No. **17–07343 MCF**<br><br>Chapter **13**<br><br>Adversary Number **18–00064**<br><br>FILED & ENTERED ON 8/3/18 |

***ORDER***

The motion filed by Scotiabank de Puerto Rico requesting extension of time of 30 days to file its answer to the Complaint and/or dispositive motion (docket #14) is hereby granted. Order due by 08/29/2018.

IT SO ORDERED.

In San Juan, Puerto Rico, this Friday, August 3, 2018 .

*Mildred Caban*

Mildred Caban Flores
United States Bankruptcy Judge