IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE: * CASE NO.: 17-07343 MCF

JOSE ENRIQUE SANTANA RAMOS *
    Debtor *
     * CHAPTER 13

JOSE ENRIQUE SANTANA RAMOS *
    Plaintiff * ADV. NO.: 18-00064
     *
vs. *
     *
SCOTIABANK DE PUERTO RICO *
    Defendant *

FILED & ENTERED
AUG 02 2019
CLERK
U.S. BANKRUPTCY COURT
SAN JUAN, PUERTO RICO

**JUDGMENT**

Upon the order entered the Honorable Mildred Caban Flores on July 31, 2019 (docket #40), approving the stipulation filed between the parties, by it is now,

ADJUDGED AND DECREED that judgment be and it is hereby entered dismissing the instant adversary proceeding according to the Stipulation (docket #39), filed with the Court on June 25, 2019. Accordingly, the case is dismissed with prejudice.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 2nd day of August, 2019.

MARIA DE LOS ANGELES GONZALEZ, ESQ.
Clerk of the U.S. Bankruptcy Court